**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-6318**

———————

WALTER DUANE WHITE,

        Plaintiff – Appellant,

        v.

JOYCE FRANCIS, Warden; KAREN LAMBRIGHT, Assistant Health
Service Administrator; VALORIE RAPPOLD, A. W. Operations; E.
MACE, Doctor, Clinical Director; E. ANDERSON, F.C.I.
Physician; MARK DIB, Physician Assistant; ELIZABETH
MASTELLER-BORAM, Physician Assistant; R. SPEARS, Food
Service Administrator; K. MCCORD, Religious Service
Representative; I. BRANNON, Medical Records-Medical Trip
Coordinator; CECIL NICHOLS, Associate Warden Programs,

        Defendants – Appellees,

        and

UNITED STATES OF AMERICA; DEPARTMENT OF JUSTICE; FEDERAL
BUREAU OF PRISONS,

        Defendants.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge.  (2:07-cv-00015-REM-JES)

———————

Submitted:  April 26, 2010            Decided:  May 17, 2010

———————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————————

Walter Duane White, Appellant Pro Se. Rita R. Valdrini, Assistant United States Attorney, Wheeling, West Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Duane White appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we deny White's motion to appoint counsel and add a Defendant and affirm for the reasons stated by the district court. White v. Francis, No. 2:07-cv-00015-REM-JES (N.D. W. Va. Feb. 5, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED